UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

MICHAEL C. BRIDGES,                                )
                                                   )
                        Plaintiff,                 )
        vs.                                        )    1:07-cv-144-RLY-JMS
                                                   )
TOM HANLON, in his individual and private capacity,)
and CORRECTIONAL INDUSTRIAL FACILITY,              )
                                                   )
                        Defendants.                )

**JUDGMENT**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed pursuant to 28 U.S.C. § 1915A(b).**

Date: 2/6/07

Laura Briggs, Clerk
United States District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Deputy Clerk, U.S. District Court

Distribution:

Michael C. Bridges
#905595
Pendleton Industrial Correctional Facility
PO Box 601
Pendleton, IN 46064