UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

MICHAEL C. BRIDGES,            )
                               )
              Plaintiff,       )
    vs.                        )    1:07-cv-144-RLY-JMS
                               )
TOM HANLON, in his individual and private capacity, )
and CORRECTIONAL INDUSTRIAL FACILITY,               )
                               )
              Defendants.      )

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed pursuant to 28 U.S.C. § 1915A(b).**

Date: 2/6/07

Laura Briggs, Clerk
United States District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Deputy Clerk, U.S. District Court

Distribution:

Michael C. Bridges
#905595
Pendleton Industrial Correctional Facility
PO Box 601
Pendleton, IN 46064